This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**BRIAN STENGEL,**

Plaintiff-Appellant,

v. **NO. 35,530**

**NEW MEXICO DEPARTMENT OF CORRECTIONS and JERRY ROARK,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Raymond Z. Ortiz, District Judge**

Brian Stengel
Reserve, NM

Pro Se Appellant

New Mexico Corrections Department
Nancy L. Vincent, Deputy General Counsel
Santa Fe, NM

for Appellees

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

**{1}**     Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

**{2}**     Accordingly, we dismiss for the reasons stated in our calendar notice.

**{3}**     **IT IS SO ORDERED.**


_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**


_____
**MICHAEL E. VIGIL, Chief Judge**


_____
**M. MONICA ZAMORA, Judge**